MORGAN, LEWIS & BOCKIUS LLP
Arjun P. Rao, Bar No. 265347
arjun.rao@morganlewis.com
Marcos Sasso, Bar No. 228905
marcos.sasso@morganlewis.com
2049 Century Park East, Suite 700
Los Angeles, CA  90067-3109
Tel:   +1.310.907.1000
Fax:   +1.310.907.1001

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUMIR MAYOR,<br><br>    Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.;<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>    Defendants. | Case No. 2:24-cv-00039-WBS-JDP<br><br>[Assigned to Judge William B. Shubb]<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Served: January 19, 2024<br>Current Response Date: March 8, 2024<br>New Response Date: March 15, 2024 |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the Second Stipulation to Extend Time to Respond to Complaint is GRANTED. Defendant's time within which to respond to the Complaint, by answer, motion or otherwise, shall be extended to and including March 15, 2024.

**IT IS SO ORDERED.**

Dated:  March 11, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1    ORDER GRANTING SECOND STIP. TO EXTEND TIME
TO RESPOND TO COMPLAINT
CASE NO. 2:24-cv-00039-WBS-JDP

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES